# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| CARL ANTHONY DUPERON | CIVIL ACTION NO. 04-2304-LO |
| VS. | SECTION P |
| DEPUTY WARDEN VIATOR, ET AL. | JUDGE MELCANÇON |
| | MAGISTRATE JUDGE METHVIN |

## MEMORANDUM ORDER

Before the court is Carl Anthony Duperon's civil rights complaint (42 U.S.C. § 1983) filed *pro se* and *in forma pauperis* on October 12, 2004. Plaintiff complains that he was denied adequate medical treatment while he was incarcerated at the South Louisiana Correctional Center (SLCC) in Basile, Louisiana during the period from January 12, 2004 – January 28, 2004. On December 29, 2004, initial review of plaintiff's complaint was completed and he was ordered to file an amended complaint. [Doc. 4] On January 20, 2005, plaintiff attempted compliance with the order and filed an Amended Complaint. Therein, plaintiff asked the court "...for some more time to get the hospital medical records and the full name of all defendants..." [Doc. 5]

On April 21, 2005 plaintiff advised the court that his attempts to obtain medical records from the University Medical Center in Lafayette, Louisiana and the Earl K. Long Hospital in Baton Rouge were unsuccessful. (Among other things, he alleged that he was unable to pay the costs of reproducing the medical records.) He asked the court to "get this information for plaintiff [sic] petition now in court." [Doc. 7]

In order to facilitate this court's consideration of this matter and the plaintiff's efforts to amend his complaint, the following administrative orders are entered:

**THE CLERK OF COURT IS DIRECTED** to mail a copy of this order to the

(1) Warden of the South Louisiana Corrections Center, 3843 Stagg Avenue, Basile, Louisiana 70515 and, the

(2) Warden of the Elayn Hunt Correctional Center, Post Office Box 174, St. Gabriel, Louisiana 70776 by certified mail and a

(3) copy of this order and a copy of the order to amend [Doc. 4] to plaintiff by regular mail.

**IT IS ORDERED** that copies of all medical records in the possession and control of **SOUTH LOUISIANA CORRECTIONS CENTER** and **ELAYN HUNT CORRECTIONAL CENTER** concerning the plaintiff, **CARL ANTHONY DUPERON** be provided to plaintiff and to the office of the undersigned, c/o the Pro Se Staff Attorney, United States Courthouse, 800 Lafayette St., Suite 2100, Lafayette, Louisiana 70501 within thirty (30) days of the date of this order.

**IT IS FURTHER ORDERED** that **SOUTH LOUISIANA CORRECTIONS CENTER** provide the plaintiff and the office of the undersigned c/o the Pro Se Staff Attorney, United States Courthouse, 800 Lafayette St., Suite 2100, Lafayette, Louisiana 70501 with copies of incident reports, complaints, and/or grievance forms completed by plaintiff in connection with or related in any way to the events which form the basis of his complaint within thirty (30) days of this order.

**IT IS FURTHER ORDERED** that plaintiff shall have a period of thirty (30) days from the date he receives the documents in question to file a Second Amended Complaint.

**THUS DONE AND SIGNED** in Chambers at Lafayette, Louisiana, on June 17, 2005.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)