**RECEIVED**

SEP 2 6 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | |
|---|---|
| **CARL ANTHONY DUPERON** | **CIVIL ACTION NO. 04-2304-LO** |
| **VS.** | **SECTION P** |
| **DEPUTY WARDEN VIATOR, ET AL.** | **JUDGE MELCANÇON** |
| | **MAGISTRATE JUDGE METHVIN** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's Civil Rights Complaint be **DISMISSED** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(d)(2)(b)(i) and (ii) and § 1915A(b)(1).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 17th day of October, 2005.

**TUCKER L. MELANÇON**
**UNITED STATES DISTRICT JUDGE**